**IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JULIEANNE WHEELER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No: 1:12-cv-04270 |
| vs. ) | |
| ) | |
| BLATT HASENMILLER LEIBSKER & ) | |
| MOORE, LLC and ALPHA RECOVERY ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, BLATT HASENMILLER LEIBSKER & MOORE, LLC, by and through its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 6(B)(1)(a), hereby moves this Honorable Court to grant Defendant up and through July 12, 2012 to answer or otherwise plead to the Complaint of Plaintiff, JULIEANNE WHEELER, and in support of which, states as follows:

1. Plaintiff filed the instant matter on June 1, 2012 alleging a violation of 15 U.S.C. §1692 *et seq.* (the "FDCPA").

2. Defendant was served with Plaintiff's Complaint on or about June 7, 2012, which makes its answer due on June 28, 2012. No prior extensions have been granted.

3. Defendant has just retained Counsel to represent it in this matter. Counsel for Defendant needs additional time to investigate the allegations in the Complaint prior to filing a responsive pleading. This motion is not meant for purposes of delay.

4. Counsel for Defendant contacted Counsel for Plaintiff to obtain her consent to the proposed extension and Counsel stated she had no objection to the instant request.

WHEREFORE, Defendant hereby moves this Court for up and through July 12, 2012 to answer or otherwise plead to Plaintiff's Complaint.

    Respectfully Submitted,

    By: /s/ Nicole M. Strickler
    Nicole M. Strickler (6298459)
    Messer & Stilp, Ltd.
    166 W. Washington St., Suite 300
    Chicago, IL 60602
    Strickler@messerstilp.com

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2012, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the following:

Daniel A. Edelman
Michelle R. Teggelaar
Edelman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-03379 (Fax)

    By: /s/ Nicole M. Strickler
    Nicole M. Strickler
    Messer & Stilp, Ltd.
    166 W. Washington St., Suite 300
    Chicago, IL 60602
    312-334-3442
    312-334-3434 (fax)
    Attorney No. 6298459