**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JULIEANNE WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 12-cv-4270 |
| v. ) | |
| ) | Judge Shadur |
| BLATT HASENMILLER LEIBSKER & MOORE LLC, ) | |
| and ALPHA RECOVERY CORPORATION, ) | Magistrate Judge Schenkier |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL OF DEFENDANT
<u>BLATT HASENMILLER LIEBSKER & MOORE, LLC</u>**

Plaintiff Julianne Wheeler and Defendant Blatt Hasenmiller Leibsker & Moore, LLC, by and through their respective attorneys, and pursuant to FED. R. CIV. P. 41(a), hereby stipulate to the dismissal of Plaintiff's claims against Defendant Blatt Hasenmiller Leibsker & Moore, LLC.

Respectfully submitted,

| | |
|---|---|
| /s Michelle R. Teggelaar | s/Nicole M. Strickler |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | MESSER & STILP, LTD |
| 120 S. LaSalle St., Suite 1800 | 166 W. Washington St., Suite 300 |
| Chicago, IL 60603 | Chicago, IL 60602 |
| (312) 739-4200 | (312) 334-3476 |
| (312) 419-0379 (fax) | (312) 334-3434 (fax) |
| mteggelaar@edcombs.com | strickler@messerstilp.com |

Case: 1:12-cv-04270 Document #: 14 Filed: 07/09/12 Page 2 of 2 PageID #:34

**CERTIFICATE OF SERVICE**

      I, Michelle R. Teggelaar, hereby certify that on July 9, 2012, I caused to be filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

Joseph S. Messer (messer@messerstilp.com)

Nicole M. Strickler (strickler@messerstilp.com)

I further certify that I caused a true and accurate copy of such filing to be sent via first-class U.S. Mail to the following:

Alpha Recovery Corporation
5660 Greenwood Plaza, Suite 101
Greenwood Village, CO 80111

                                      s/Michelle R. Teggelaar